IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN STEPHEN COLEMAN, SR.,        )
                                  )
        Plaintiff,                )
                                  )
    v.                            )    CASE NO. 2:21-CV-548-RAH-SRW
                                  )
TRACY JACKSON, et al.,            )
                                  )
        Defendants.               )

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered

on January 4, 2022. (Doc. 32.)    There being no timely objections filed to the

Recommendation, and after an independent review of the file, the Recommendation is

ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 28th day of January, 2022.


                        /s/ R. Austin Huffaker, Jr.
                        R. AUSTIN HUFFAKER, JR.
                        UNITED STATES DISTRICT JUDGE